THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Wayne Darnell Cooper, Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2011-UP-544
Submitted December 1, 2011  Filed
 December 6, 2011 

AFFIRMED

 
 
 
Senior Appellate Defender Joseph L. Savitz III, of Columbia, for
 Appellant.
Attorney General Alan Wilson, Chief Deputy Attorney General John W.
 McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant
 Deputy Attorney General Alphonso Simon, Jr., all of Columbia; and Solicitor
 Ernest A. Finney III, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Wayne Darnell Cooper appeals his conviction for
 murder, arguing the circuit court erred in refusing to instruct the jury on
 self-defense.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v.
 Wigington, 375 S.C. 25, 31, 649 S.E.2d 185, 188 (Ct. App. 2007) ("If
 there is any evidence of record from which it can be reasonably inferred that
 an accused justifiably inflicted a wound in self-defense, then the accused is
 entitled to a charge on the law of self-defense."); State v. Bixby,
 388 S.C. 528, 553-54, 698 S.E.2d 572, 585-86 (2010) (holding the fourth
 element of self-defense is that "the defendant had no other probable means
 of avoiding the danger of losing his own life or sustaining serious bodily
 injury than to act as he did in this particular instance"); State v.
 Lockamy, 369 S.C. 378, 383-84, 631 S.E.2d 555, 558 (Ct. App. 2006) (holding
 that when an accused's testimony reveals that he "was no longer in danger
 when he fired the [fatal] shot" then a charge of self-defense is not
 warranted).
AFFIRMED.
FEW,
 C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.